# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>CHRIS WHEATLEY,<br><br>                        Defendant. | CASE NO. 14-cr-145-LAB<br><br>**ORDER DENYING MOTION FOR BILL OF PARTICULARS [Dkt. 67]** |

On December 14, 2015, this Court sentenced Defendant Chris Wheatley to a term of 90 months imprisonment for conspiracy to import methamphetamine. *See* Dkt. 57. Nearly four years later, Mr. Wheatley, now proceeding pro se, moves to compel the government to produce the bill of particulars used to procure the indictment in this case.

"A motion for a bill of particulars is appropriate where a defendant requires clarification in order to prepare a defense." *United States v. Long*, 706 F.2d 1044, 1054 (9th Cir. 1983). Because Mr. Wheatley has already pleaded guilty, he has no need to "prepare a defense." His request for a bill of particulars is **DENIED**.

**IT IS SO ORDERED**.

Dated: October 9, 2019

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -